# EXHIBIT E

E-Served: Jan 27 2020 1:54PM PST Via Case Anywhere

1 | Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
2 | Ginger Grimes (SBN 307168)
ggrimes@gbdhlegal.com
3 | GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
4 | Oakland, CA 94612
Tel:  (510) 763-9800
5 | Fax:  (510) 835-1417

6 | Helen U. Kim (SBN 260195)
helen@helenkimlaw.com
7 | HELEN KIM LAW, APC
3435 Wilshire Blvd, Suite 2700
8 | Los Angeles, CA 90010
Tel:  (323) 487-9151
9 | Fax:  (866) 652-7819

10 | Attorneys for Plaintiff

11 |

12 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

13 | FOR THE COUNTY OF LOS ANGELES

14 | GEORGE WELLINGER, individually and on behalf of all others similarly situated,

Case No. 19STCV15283

15 | Plaintiffs,

**CLASS ACTION**

16 |

**JOINT STATUS REPORT, NOTICE OF SETTLEMENT, AND REQUEST FOR PRELIMINARY APPROVAL HEARING DATE**

17 | vs.

18 | LIVE NATION WORLDWIDE INC.; LIVE NATION ENTERTAINMENT, INC.; and DOES 1 through 50, inclusive,

Date:     January 29, 2020
Time:     10:00 a.m.

19 |

Dept:     Dept. 9
Before:  Hon. Yvette M. Palazuelos

20 | Defendants.

21 | Trial Date:   None Set

22 |

23 |

24 |

25 |

26 |

27 |

28 |

776970.1

Exhibit E, Page 61

1    Plaintiff George Wellinger, individually and on behalf of others similarly situated, and

2  Defendants Live Nation Worldwide Inc. and Live Nation Entertainment Inc., through their respective

3  counsel, submit this joint Status Report, Notice of Settlement, and Request for a Preliminary Approval

4  Hearing Date.  The parties engaged in mediation on December 18, 2019 and reached an agreement to

5  settle the above-titled action and Plaintiff's related case, Case No. 19STCV04397.  The parties are

6  currently negotiating and finalizing the terms of the settlement agreement, and Plaintiff will move for

7  preliminary approval of the settlement for the settlement class.  Defendants will not oppose the motion.

8  The parties respectfully request the Court set a mid-April 2020 preliminary approval hearing date.

9

10  Dated:  January 27, 2020                    Respectfully submitted,

11                                              GOLDSTEIN, BORGEN, DARDARIAN & HO

12

13                                              Laura L. Ho

14                                              Attorneys for Plaintiff

15

16  Dated:  January 27, 2020                    PAUL HASTINGS, LLP

17

18                                              Chris A. Jalian

19                                              Attorneys for Defendants

20

21

22

23

24

25

26

27

28

1

JOINT STATUS REPORT, NOTICE OF SETTLEMENT, AND REQUEST FOR PRELIMINARY APPROVAL HEARING DATE
CASE NO. 19STCV15283

**Exhibit E, Page 62**

776970.1