1 ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
2 CHRIS A. JALIAN (SB# 295564)
chrisjalian@paulhastings.com
3 PAUL HASTINGS LLP
515 South Flower Street
4 Twenty-Fifth Floor
Los Angeles, CA 90071-2228
5 Telephone: (213) 683-6000
Facsimile: (213) 627-0705
6

7 Attorneys for Defendants
LIVE NATION WORLDWIDE, INC. and
8 LIVE NATION ENTERTAINMENT, INC.

9 Counsel for Plaintiff on Next Page

10

11

12 UNITED STATES DISTRICT COURT

13 CENTRAL DISTRICT OF CALIFORNIA

14

| 15 | GEORGE WELLINGER, individually and on behalf of all others similarly situated, | CASE NO. 2:20-CV-1612 |
|---|---|---|
| 16 | | **STIPULATION REQUESTING DISMISSAL OF CASE WITHOUT PREJUDICE** |
| 17 | Plaintiffs, | |
| 18 | vs. | Judge: Hon. Philip S. Gutierrez |
| 19 | LIVE NATION WORLDWIDE, INC.; LIVE NATION ENTERTAINMENT, INC.; and DOES 1 through 50, inclusive, | Courtroom: 6A |
| 20 | | |
| 21 | | |
| 22 | Defendants. | |

| | |
|---|---|
| 1 | Laura L. Ho (SBN 173179) |
| 2 | lho@gbdhlegal.com<br>Ginger Grimes (SBN 307168) |
| 3 | ggrimes@gbdhlegal.com<br>GOLDSTEIN, BORGEN, DARDARIAN & HO |
| 4 | 300 Lakeside Drive, Suite 1000 |
| 5 | Oakland, CA 94612<br>Tel: (510) 763-9880 |
| 6 | Fax: (510) 835-1417 |
| 7 | Helen U. Kim (SBN 260195) |
| 8 | helen@helenkimlaw.com<br>Frank H. Kim (SBN 264609) |
| 9 | frank@helenkimlaw.com<br>HELEN KIM LAW, APC |
| 10 | 3435 Wilshire Blvd., Suite 2700 |
| 11 | Los Angeles, CA 90010<br>Tel: (323) 487-9151 |
| 12 | Fax: (866) 652-7819 |
| 13 | Attorneys for Plaintiff |

CASE NO. 2:20-CV-1612      -2-      STIPULATION REQUESTING DISMISSAL OF CASE WITHOUT PREJUDICE

LEGAL_US_W # 105257131.2

TO THE HONORABLE PHILIP S. GUTIERREZ OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Plaintiffs Anil Gupta, Morgan Katz and Colin Gharrity (the "FLSA Plaintiffs"), and Defendants Live Nation Worldwide, Inc. and Live Nation Entertainment, Inc. (jointly, the Parties) through their respective counsel, respectfully submit this Joint Stipulation to Dismiss the Entire Case Without Prejudice. In support of this Joint Stipulation to Stay, the Parties state:

1. WHEREAS on or around February 8, 2019, Plaintiff George Wellinger filed a complaint in the Superior Court of the State of California for the County of Los Angeles against Defendants alleging violations of the California Labor Code and Unfair Competition Law on behalf of himself and others (*Wellinger I*).

2. WHEREAS on or about May 2, 2019, Plaintiff George Wellinger filed, but did not serve a second complaint in the Superior Court of the State of California for the County of Los Angeles against Defendants alleging violations of the Fair Labor Standards Act ("FLSA") and California's Unfair Competition Law, and seeking penalties under the California Private Attorneys' General Act (*Wellinger II*).

3. WHEREAS since *Wellinger II* was filed Anil Gupta, Colin Gharrity and Morgan Katz have consented to join Plaintiff's FLSA claims as Opt-in Plaintiffs.

4. WHEREAS on June 7, 2019, *Wellinger I* and *Wellinger II* were deemed related.

5. WHEREAS on December 18, 2019, the Parties engaged in mediation and reached a tentative agreement to globally resolve *Wellinger I* and *Wellinger II*.

| | |
|---|---|
| 1 | 6. WHEREAS on January 27, 2020, the Parties notified the state court of the Parties' settlement of *Wellinger I* and *Wellinger II*, and requested that the court set a date for preliminary approval. |
| 4 | 7. WHEREAS on February 19, 2020, Defendants removed *Wellinger II* to this Court (Case No. 2:20-cv-01612-PSG-AGR). |
| 6 | 8. WHEREAS on March 4, 2020, Wellinger filed an unopposed Motion for Preliminary Approval of Class and Representative Action Settlement in *Wellinger I*. |
| 9 | 9. WHEREAS the hearing on the Motion for Preliminary Approval in *Wellinger I* was originally scheduled for March 30, 2020, but due to the restricted access to the courts because of COVID-19, the *Wellinger I* court continued the hearing to November 9, 2020. |
| 13 | 10. WHEREAS on September 18, 2020, the FLSA Plaintiffs filed an amended complaint in *Wellinger II* whereby Plaintiff George Wellinger was dismissed from this action. |
| 16 | 11. WHEREAS on October 6, 2020, the Parties advised the Court of the delay in approval of the *Wellinger I* class action settlement. The parties, because of the *Wellinger II* settlement, do not need to actively litigate *Wellinger II*. |

NOW, THEREFORE, it is stipulated by and between the Parties, by and through their respective counsel, that:

1. The instant action shall be dismissed without prejudice pending the final approval of the *Wellinger I* class action settlement;

2. After the *Wellinger I* class action settlement receives final approval, the Parties will submit a further stipulation to this Court requesting (i) approval of the *Wellinger II* plaintiffs' FLSA settlement because (as required by the FLSA) the Parties appeared before the Court, and (ii) dismissal with prejudice;

//

3. The *Wellinger II* plaintiffs' FLSA claims shall be tolled from the date the *Wellinger II* action was initially filed (May 2, 2019);

DATED: October 19, 2020    PAUL HASTINGS LLP
ELENA R. BACA
CHRIS A. JALIAN

By: /s/ Chris A. Jalian
CHRIS A. JALIAN

Attorneys for Defendants

LIVE NATION WORLDWIDE, INC. and
LIVE NATION ENTERTAINMENT, INC.

DATED: October 19, 2020    GOLDSTEIN, BORGEN, DARDARIAN & HO

By: /s/ Laura L. Ho
LAURA L. HO

Attorneys for Plaintiff
GEORGE WELLINGER